UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| North Brevard County Hospital District D/B/ A Parrish Medical Center  v.  C.R. Bard, Inc.; Bard Access Systems, Inc. | Case No.  24-600 |

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_____

[Party or Parties][1]

_____


_____, in the above-captioned case(s).
   [Appellant/Petitioner or Appellee/Respondent]




| | |
|---|---|
| _____ Name of Counsel | _____ Name of Counsel |
| *Richard Cipolla* _____ Signature of Counsel | _____ Signature of Counsel |
| 225 Franklin St, 26th Floor, Boston, MA 02210 (t) (617) 374-3700 _____ Mailing Address and Telephone Number | _____ Mailing Address and Telephone Number |
| _____ E-Mail Address | _____ E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☐ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

_____
Date

*Richard Cipolla*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

2

## CERTIFICATE OF SERVICE

I hereby certify that:

☐ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance
　　　　　　[date]

Form to:

at　Andrew Deiss, Deiss Law PC, IO West I 00 South, Suite 700, Salt Lake City, UT 8410 I
　　Andrew Frackman, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036 at Sergei
　　Zaslavsky, O'Melveny & Myers LLP 1625 Eye Street, NW, Washington, DC 20006　　　　　　,

the last known address/email address, by _____.
　　　　　　　　　　　　　　　　　　　　　　　　　　[state method of service]

_____
Date

*Richard Cipolla*
Signature